**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

**In re:**
**Gabrela Celeste Harewood**, Debtor

**Chapter 7**
**Case No.: 25-10414-lgb**

## MOTION TO REOPEN CHAPTER 7 CASE TO FILE AN ADVERSARY PROCEEDING

NOW COMES the Debtor, **Gabrela Celeste Harewood**, *pro se*, and respectfully moves this Court for an order reopening the above-captioned Chapter 7 bankruptcy case pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, in order to file an adversary proceeding. In support of this motion, Debtor states as follows:

1. Debtor filed for relief under Chapter 7 of the Bankruptcy Code on **March 4, 2025**.

2. A discharge was entered in this case, and the case was closed on **June 17, 2025**.

3. The Debtor now seeks to reopen the case to initiate an adversary proceeding to determine the dischargeability of student loans under **11 U.S.C. § 523(a)(8)**, based on **undue hardship**.

4. The issue at hand was not resolved during the original case and requires the Court's determination through a properly filed adversary complaint.

5. This motion is made in good faith and not for the purposes of delay.

6. Debtor is proceeding *pro se* and respectfully requests that the **filing fee to reopen the case be waived** due to financial hardship.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order:

- Reopening the above-captioned Chapter 7 case,
- Granting leave to file an adversary proceeding, and
- Waiving the reopening fee.

Respectfully submitted,
Dated: **June 30, 2025**

**Gabrela Celeste Harewood**
2960 Grand Concourse, Apt. 6C
Bronx, NY 10458
Email: gcelesteh@gmail.com
Phone: (917) 561-0791

**Declaration of Financial Hardship**

In re: Gabrela Celeste Harewood

Case No.: 25-10414-lgb

I, Gabrela Celeste Harewood, the debtor in the above-captioned case, respectfully request that the Court waive or defer the fee to reopen my Chapter 7 case. I am currently unemployed and experiencing financial hardship. I rely on public assistance and have limited financial resources to pay the $260 reopening fee.

I respectfully ask the Court to consider this request in good faith as I seek to file an adversary proceeding related to the dischargeability of student loans under the undue hardship standard.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2025

Signature: _____

Name: Gabrela Celeste Harewood

Address: 2960 Grand Concourse Apt. 6C

Bronx, NY 10458

Email: gcelesteh@gmail.com

Phone: (917) 561-0791

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:
**Gabrela Celeste Harewood**
**Chapter 7**
**Case No.: 25-10414-lgb**

# ORDER GRANTING MOTION TO REOPEN CASE

Upon the motion of the Debtor, **Gabrela Celeste Harewood**, to reopen this case for the purpose of filing an adversary proceeding, and for good cause shown, it is hereby:

**ORDERED**, that the Debtor's motion is granted; and it is further

**ORDERED**, that the case is reopened for the limited purpose of permitting the Debtor to file an adversary proceeding; and it is further

**ORDERED**, that the fee to reopen the case is waived or deferred, pursuant to the Court's discretion.

Dated: _____
New York, New York


**United States Bankruptcy Judge**

Pg 5 of 5

