**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| Gabrela Celeste Harewood | Case No. 25-10414-lgb |
| Debtor. | |

**ORDER REOPENING BANKRUPTCY CASE AND WAIVING FILING FEES**

Upon the motion of Gabrela Celeste Harewood (the "Debtor") at ECF No. 13, as amended at ECF No. 14 (the "Motion"), seeking (i) an order reopening the above-captioned bankruptcy case to address the dischargeability of the Debtor's student loans, and (ii) a waiver of the filing fee associated with reopening the Case; and Gregory Messer, as Chapter 7 Trustee (the "Trustee") of the estate of the Debtor, having filed a statement of no objection to the relief requested in the Motion [ECF No. 16]; and a hearing having been held before this Court on July 24, 2025, and cause existing for the relief requested, as set forth in the record of the hearing, it is hereby

**ORDERED** that the above-captioned bankruptcy case of the Debtor is reopened; and it is further

**ORDERED** that the Clerk's office is directed to waive the filing fee associated with reopening the Debtor's Case; and it is further

**ORDERED** that the Clerk's office is directed to waive the filing fee associated with the Debtor commencing a future adversary proceeding for the purpose of determining the dischargeability of her student loans.

Dated: July 24, 2025
New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE